UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **APPEARANCE** |
| V. | |
| MUZAFFAR IQBAL | Case Number: 07 MAG 647 (RLE) |

To the Clerk of the Court and all parties of record:

    Enter my appearance as counsel in this case for:

    MUZAFFAR IQBAL

    I certify that I am admitted to practice in this court.


Dated: May 3, 2007             _____/s/_____
                                                                   Neil B. Checkman   NC-9232
                                                                   111 Broadway, Suite 1305
                                                                   New York, New York 10006
                                                                   (212) 264-9940 -office
                                                                   (212) 346-4665- fax